## KURTZ *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 32, September Term, 1963.]

*Decided February 14, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

Per Curiam.

For the reasons assigned in Judge Oppenheimer's opinion below, the application for leave to appeal will be denied.

*Application denied.*